UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUPERCELL OY,<br><br>             Plaintiff,<br><br>   v.<br><br>ROTHSCHILD DIGITAL MEDIA INNOVATIONS, LLC,<br><br>             Defendant. | CASE NO. C15-1119JLR<br><br>ORDER |

On July 28, 2016, the court granted Defendant Rothschild Digital Media Innovations, LLC's ("RDMI") motion for a stay of this case pending final exhaustion of *inter partes* review ("IPR") proceedings for U.S. Patent No. 6,101,534 ("the '534 Patent") before the U.S. Patent and Trademark Office's Patent Trial and Appeal Board ("the PTAB"). (7/28/16 Order (Dkt. # 37) at 13.) At that time, the court ordered RDMI to file a status report no more than five days after the PTAB completed IPR proceedings. (*Id.*)

ORDER - 1

On October 3, 2016, RDMI filed a status report that informed the court that the PTAB issued its final written decision on the '534 Patent on September 26, 2016. (10/3/16 Rep. (Dkt. # 38) at 1.)  In its status report, RDMI notified the court that it "reserves all rights to request rehearing of the Final Written Decision, or appeal the same to the United States Court of Appeals for the Federal Circuit." (*Id.* at 2.)  RDMI further notified the court that it may request a rehearing within 30 days of the date on which the PTAB issued its final written decision pursuant to 37 C.F.R. § 42.71 and that it may file a Notice of Appeal to the United States Court of Appeals for the Federal Circuit within 63 days from the date of the PTAB's final written decision or a decision on rehearing pursuant to 37 C.F.R. § 90.3. (*Id.*)  Accordingly, the court ordered RDMI to file a status report no more than 90 days from October 14, 2016, advising the court of any rehearing and/or appeal of the PTAB's September 26, 2016, final written decision. (10/14/16 Order (Dkt. # 39) at 2.)  The court further ordered that the stay remain in effect unless and until the court orders otherwise. (*Id.* at 3.)

On January 19, 2017, RDMI filed a status report consistent with the court's October 14, 2016, order. (1/19/17 Rep. (Dkt. # 40).)  RDMI's report informs the court that "[o]n November 29, 2016[,] RDMI timely filed a Notice of Appeal in the United States Court of Appeals for the Federal Circuit, seeking to reverse the PTAB's Final Written Decision" and that "RDMI's [i]nitial [b]rief is due on March 10, 2017." (*Id.* at 2.)

Based on the foregoing information, the court ORDERS that the stay in this case (Dkt. # 37) remain in effect until the court orders otherwise.  The court further ORDERS

RDMI to file a status report no more than ninety (90) days from the date of this order and to file a status report every ninety (90) days until the court lifts the stay. The status report shall inform the court of the status of the appeal before the Federal Circuit, the expected timeline for resolution of this matter, and any other developments affecting resolution of this matter. If this matter is resolved or there is any other significant change in the status of this matter any time before ninety (90) days from the date of this order or any 90-day interval at which RDMI must file a status report, the court ORDERS RDMI to file a status report informing the court of the development no more than five (5) days after it occurs.

Dated this 24th day of January, 2017.

JAMES L. ROBART
United States District Judge