UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUPERCELL OY,<br><br>               Plaintiff,<br><br>   v.<br><br>ROTHSCHILD DIGITAL MEDIA INNOVATIONS, LLC,<br><br>               Defendant. | CASE NO. C15-1119JLR<br><br>ORDER |

The court has received Defendant Rothschild Digital Media Innovations, LLC's ("RDMI") April 24, 2017, status report. (Rep. (Dkt. # 42).) Based on the information RDMI provides about the status of its appeal before the Federal Circuit, the court ORDERS that the stay in this case (Dkt. # 37) remain in effect until the court orders otherwise. The court further ORDERS RDMI to file a status report no more than ninety (90) days from the entry of this order and to file a status report every ninety (90) days until the court lifts the stay. The status report shall inform the court of the status of the

ORDER - 1

appeal, the expected timeline for resolution of this matter, and any other developments affecting resolution of this matter. If this matter is resolved or there is any other significant change in the status of this matter any time before ninety (90) days from the entry of this order or during any 90-day interval for which RDMI must file a status report, the court ORDERS RDMI to file a status report informing the court of the development no more than five (5) days after that event occurs.

Dated this 25th day of April, 2017.

JAMES L. ROBART
United States District Judge