1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

SUPERCELL OY,                                    CASE NO. C15-1119JLR

11                              Plaintiff,        ORDER

12              v.

13      ROTHSCHILD DIGITAL MEDIA
        INNOVATIONS, LLC,

14                              Defendant.

15

16      The court has received Defendant Rothschild Digital Media Innovations, LLC's

17      ("RDMI") July 24, 2017, status report.  (Rep. (Dkt. # 45).)  Based on the information

18      RDMI provides about the status of its appeal before the Federal Circuit, the court

19      ORDERS that the stay in this case (Dkt. # 37) remain in effect until the court orders

20      otherwise.  The court further ORDERS RDMI to file a status report no more than ninety

21      (90) days from the entry of this order and to file a status report every ninety (90) days

22      until the court lifts the stay.  The status report shall inform the court of the status of the

1    appeal, the expected timeline for resolution of this matter, and any other developments

2    affecting resolution of this matter.  If this matter is resolved or there is any other

3    significant change in the status of this matter any time before ninety (90) days from the

4    entry of this order or during any 90-day interval for which RDMI must file a status

5    report, the court ORDERS RDMI to file a status report informing the court of the

6    development no more than five (5) days after that event occurs.

7            Dated this 27th day of July, 2017.

8

9

10   JAMES L. ROBART
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2