UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUPERCELL OY, | CASE NO. C15-1119JLR |
| Plaintiff, | ORDER |
| v. | |
| ROTHSCHILD DIGITAL MEDIA INNOVATIONS, LLC, | |
| Defendant. | |

The court has received Defendant Rothschild Digital Media Innovations, LLC's ("RDMI") November 8, 2017, status report. (Rep. (Dkt. # 47).) Based on the information RDMI provides about the status of its appeal before the Federal Circuit, the court ORDERS that the stay in this case (Dkt. # 37) remain in effect until the court orders otherwise. The court further ORDERS RDMI to file a status report no more than ninety (90) days from the entry of this order and to file a status report every ninety (90) days until the court lifts the stay. The status report shall inform the court of the status of the

appeal, the expected timeline for resolution, and any other developments affecting resolution of this matter. If the case is resolved or there is any other significant change in any time before ninety (90) days from the entry of this order or during any subsequent 90-day interval, the court ORDERS RDMI to file a status report informing the court of the development no more than five (5) days after that event occurs.

Dated this 30th day of November, 2017.

JAMES L. ROBART
United States District Judge