UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUPERCELL OY,<br><br>               Plaintiff,<br><br>    v.<br><br>ROTHSCHILD DIGITAL MEDIA INNOVATIONS, LLC,<br><br>               Defendant. | CASE NO. C15-1119JLR<br><br>ORDER |

On July 28, 2016, the court entered an order staying this matter pending *inter partes* review ("IPR") then pending before the United States Patent and Trademark Office's Patent Trial and Appeal Board ("PTAB"). (7/28/16 Order (Dkt. # 37) at 13.) The court also ordered the parties to file intermittent joint status reports and to alert the court when the IPR proceedings terminated. (*Id.*) On November 30, 2017, the court entered an order explaining that the stay will remain in effect until the court orders otherwise, and ordering Defendant Rothschild Digital Media Innovations, LLC

| | |
|---|---|
| 1 | ("RDMI") to submit a status report every ninety (90) days and to inform the court of any |
| 2 | significant case development within five (5) days of that event's occurrence. (11/30/17 |
| 3 | Order (Dkt. # 48) at 1-2.) RDMI filed a status report with the court on February 28, |
| 4 | 2018. (*See* Status Report (Dkt. # 49).) In the status report, RDMI explained that it had |
| 5 | appealed the IPR proceedings to the United States Court of Appeals for the Federal |
| 6 | Circuit and that, on December 13, 2018, the Federal Circuit affirmed the PTAB's |
| 7 | decision. (*Id.* at 1-2; *see also* Fed. Cir. Judgment (Dkt. # 49-1).) |
| 8 | In light of the Federal Circuit's judgment, the court ORDERS the parties to file |
| 9 | proposals, either jointly or separately, within seven (7) days of the date this order |
| 10 | recommending how the court should proceed with this matter. |
| 11 | Dated this 8th day of March, 2018. |

JAMES L. ROBART
United States District Judge