UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUPERCELL OY,<br><br>               Plaintiff,<br>    v.<br><br>ROTHSCHILD DIGITAL MEDIA INNOVATIONS, LLC,<br><br>               Defendant. | CASE NO. C15-1119JLR<br><br>ORDER TO SHOW CAUSE |

Before the court is Defendant Rothschild Digital Media Innovations, LLC's ("RDMI") June 4, 2018, status report. (6/4/18 Rep. (Dkt. # 54).) The court stayed this matter on July 28, 2016, pending *inter partes* review of the patent at issue by the Patent Trial and Appeal Board ("the PTAB") of the United States Patent and Trademark Office. (*See* 7/28/16 Order (Dkt. # 37) at 13.) On December 13, 2017, the Federal Circuit affirmed the PTAB's Final Written Decision (2/28/18 Rep. (Dkt. # 49) at 2), and based on the Federal Circuit's decision, on March 8, 2018, the court ordered the parties to

propose a recommendation for resolving this matter (3/8/18 Order (Dkt. # 50) at 2). The parties proposed that the court continue the stay pending RDMI's petition for writ of *certiorari* to the United States Supreme Court. (Pl. Resp. (Dkt. # 51) at 2; Def. Resp. (Dkt. # 52) at 2.) On March 20, 2018, the court continued the stay until the Supreme Court issued a decision on RDMI's petition. (*See* 3/20/18 Order (Dkt. # 53) at 3.)

In its June 4, 2018, report, RDMI informs the court that on May 21, 2018, the Supreme Court denied RDMI's petition. (6/4/18 Rep. at 2.) Accordingly, the court ORDERS the parties to show cause no later than Tuesday, June 12, 2018, why the court should not lift the stay in this matter. In addition, the court directs the parties to propose a course of action for resolving the case in the event the court lifts the stay. If the parties agree, they may file a joint response of no more than five (5) pages. Otherwise, the parties may file separate responses of no more than five (5) pages each.

Dated this 5th day of June, 2018.

JAMES L. ROBART
United States District Judge