HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUPERCELL OY,<br><br>Plaintiff,<br><br>v.<br><br>ROTHSCHILD DIGITAL MEDIA INNOVATIONS, LLC,<br><br>Defendant. | Case No. 2:15-cv-01119-JLR<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL** |

## STIPULATION

Plaintiff Supercell OY ("Supercell") and Defendant Rothschild Digital Media Innovations, LLC ("RDMI") hereby enter into this Stipulation, subject to the approval of the Court.

WHEREAS:

1. On July 13, 2015, Supercell filed a Complaint against RDMI seeking declaratory judgment of non-infringement under 28 U.S.C. §§ 2201 and 2202 of U.S. Patent No. 6,101,534 (the '534 patent).

2. On June 9, 2016, RDMI filed a motion to stay the case pending *inter partes* review of the '534 patent.

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
Case No. 2:15-cv-01119-JLR

- 1 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

3. On July 18, 2016, RDMI served amended infringement contentions alleging infringement of claims 1, 6-9, 21, and 23-24 of the '534 patent.

4. On July 28, 2016, the Court granted RDMI's motion to stay pending *inter partes* review.

5. On September 26, 2016, the PTAB issued its Final Written Decision pursuant to 35 U.S.C. §318(a), finding Petitioner Sony Computer Entertainment America, LLC had shown, by a preponderance of the evidence that claims 1, 6-9, and 21-24 of the '534 Patent are unpatentable.

6. On March 12, 2018, the Supreme Court of the United States denied RDMI's petition for writ of certiorari.

7. All claims asserted against Supercell by RDMI have been found unpatentable by the PTAB.

8. RDMI hereby agrees to a covenant not to sue Supercell on any of the remaining claims of the '534 patent on any product currently offered or previously offered by Supercell, or any product offered by Supercell in the future.

9. Therefore, the parties have agreed to dismiss all claims asserted by Supercell against RDMI and all counterclaims asserted by RDMI against Supercell with prejudice. Each party will bear its own expenses and costs.

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-referenced case should be DISMISSED with prejudice and without an award of costs or fees to any party.

Stipulated to and presented on this 12th day of June, 2018.

Case No. 2:15-cv-01119-JLR
- 2 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

Presented by,

Dated: June 12, 2018          FENWICK & WEST LLP

By: *s/Elizabeth B. Hagan*
    Jeffrey A. Ware (WSBA No. 43779)
    Elizabeth B. Hagan (WSBA No. 46933)
    1191 Second Avenue, 10th Floor, Seattle, WA 98101
    Telephone: 206.389.4510
    jware@fenwick.com; ehagan@fenwick.com

    Michael J. Sacksteder (*admitted pro hac vice*)
    Bryan A. Kohm (*admitted pro hac vice*)
    Lauren E. Whittemore (*admitted pro hac vice*)
    555 California Street, 12th Floor
    San Francisco, CA 94104
    Telephone: 415.875.2300
    msacksteder@fenwick.com; bkohm@fenwick.com;
    lwhittemore@fenwick.com

*Attorneys for Plaintiff Supercell Oy*

Dated: June 12, 2018          CAREY RODRIGUEZ

By: *s/John Carey*
    John Carey
    Ernesto M. Rubi
    1395 Brickell Avenue, Ste. 700
    Miami, FL 33131
    Telephone: 305-372-7474
    jcarey@careyrodriguez.com

*Attorneys for Defendant Rothschild Digital Media Innovations, LLC*

Dated: June 12, 2018          STOLLE LAW GROUP, P.S.

By: *s/Steven A. Stolle*
    Steven A. Stolle
    P.O. Box 19664
    Seattle, WA 98109
    Telephone: 206-228-2214
    sstolle@stollelawgroup.com

*Attorneys for Defendant Rothschild Digital Media Innovations, LLC*

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL                - 3 -
Case No. 2:15-cv-01119-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

## ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 12th day of June, 2018.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL            - 4 -
Case No. 2:15-cv-01119-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE  206.389.4511

# CERTIFICATE OF SERVICE

I, Sara McPhee, hereby certify that on June 12, 2018, I caused the foregoing **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** to be served on the following parties as indicated below:

| | |
|---|---|
| **Steven A. Stolle**<br>GORDON & POLSCER, LLC<br>1000 Second Avenue, Suite 1400<br>Seattle, WA 98104<br><br>*Attorneys for Defendant Rothschild Digital Media Innovations, LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[X] **By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>sstolle@gordon-polscer.com |
| **John C. Carey**<br>**Ernesto M. Rubi**<br>CAREY RODRIGUEZ MILIAN GONYA LLP<br>1395 Bricknell Avenue, Suite 700<br>Miami, FL 33131<br><br>*Attorneys for Defendant Rothschild Digital Media Innovations, LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[X] **By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel]<br>jcarey@careyrodriguez.com<br>erubi@careyrodriguez.com |

Dated: June 12, 2018

By: *s/Sara McPhee*
    For Elizabeth B. Hagan (WSBA No. 46933)
    FENWICK & WEST LLP

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
Case No. 2:15-cv-01119-JLR
- 5 -
FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511